# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2022 KW 0386

VERSUS

SHAWN D. STEPP                                          **JULY 11, 2022**

---

In Re:     Shawn D. Stepp, applying for supervisory writs, 20th
           Judicial District Court, Parish of West Feliciana, No.
           22-WCR-79.

---

**BEFORE:    WELCH, HOLDRIDGE, AND HESTER, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the February 7, 2019, letter from the Board of Pardons and Parole, which the district court attached to its ruling and relied on in making its ruling, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the writ of habeas corpus. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**JEW**
**GH**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT